ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Dragados USA, Inc. | ) ASBCA Nos. 62217, 62252, 62253 |
| | ) 62443, 62480, 62481 |
| | ) 62532 |
| | ) |
| Under Contract No. N40085-12-C-7714 | ) |

APPEARANCES FOR THE APPELLANT:     Gregory H. Koger, Esq.
                                    Stephen B. Shapiro, Esq.
                                      Holland & Knight LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                    Rachel J. Goldstein, Esq.
                                     Trial Attorney

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: September 1, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62217, 62252, 62253, 62443, 62480, 62481, 62532, Appeals of Dragados USA, Inc., rendered in conformance with the Board's Charter.

Dated: September 2, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals